# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| NATHAN SHOWALTER,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina corporation d/b/a LOWE'S COMPANIES, INC., TOM SMITH and DOES and ROES 1-5.<br><br>Defendants. | No. CV-19-27-H-SEH<br><br>**ORDER** |

On May 30, 2019, the Court ordered each party to file a preliminary pretrial statement on or before June 28, 2019, addressing, with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii) and L.R. 16.2(b)(1).[1] Defendants' preliminary pretrial statement filed on June 28, 2019, fails to comply with the Court's May 30, 2019, Order.

---

[1] Doc. 5 at 3.

ORDERED:

Necessary and appropriate revisions to Defendants' preliminary pretrial statement, addressing the deficiencies outlined above, shall be filed and served on or before July 8, 2019.

DATED this 3rd day of July, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge