IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NATHAN SHOWALTER, | Case No. CV 19-27-H-SEH |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| LOWE'S HOME CENTERS, LLC, a North Carolina corporation, a foreign corporation d/b/a LOWE'S COMPANIES, INC., TOM SMITH, and DOES and ROES 1-5, | |
| Defendants. | |

Upon the parties' Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-captioned action is DISMISSED with prejudice, each party to pay its own fees and costs.

Dated this 6th day of May, 2020.

Sam E. Haddon
United States District Judge